Certificate Number: 14912-NJ-DE-039194799

Bankruptcy Case Number: 24-20154



14912-NJ-DE-039194799

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2024, at 1:35 o'clock PM EST, Gerald Mauriello completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 30, 2024            By:    /s/Jai Bhatt

                                     Name:  Jai Bhatt

                                     Title: Counselor