| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Franklin Barbosa, Jr., Esq.<br>**SCHENCK, PRICE, SMITH & KING, LLP**<br>220 Park Avenue<br>P.O. Box 991<br>Florham Park, New Jersey 07932-0991<br>(973) 539-1000<br>fb@spsk.com<br><br>*Counsel for AHS Hospital Corp. and Atlantic Health Partners, L.L.C.* |

| | |
|---|---|
| In re:<br><br>Gerald Mauriello,<br><br>                    Debtor. | Chapter 13<br><br>Case No. 24-20154-CMG |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Franklin Barbosa, Jr. of Schenk, Price, Smith & King, LLP, hereby enters his appearance in the above-captioned case in accordance with Fed. R. Bankr. P. 9010(b) for creditor AHS Hospital Corp. and Atlantic Health Partners, L.L.C. ("AHS" and "AHP").  Request is made that the documents filed in this case and identified below be given and served upon the following person at the address, telephone, facsimile number and e-mail address indicated below:

        **SCHENCK, PRICE, SMITH & KING, LLP**
        Franklin Barbosa, Jr., Esq.
        220 Park Avenue
        P.O. Box 991
        Florham Park, New Jersey 07932-0991
        Telephone: (973) 539-1000
        Facsimile: (973) 540-7300
        fb@spsk.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive Momentum's (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to a jury trial in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal, including proceedings over which the Bankruptcy Court lacks constitutional authority to enter final judgments; or (iv) other rights, claims, defenses, setoffs or recoupments to which Momentum is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date:  January 9, 2025
       Florham Park, NJ

**SCHENCK, PRICE, SMITH & KING, LLP**

By:  */s/ Franklin Barbosa, Jr.*
     Franklin Barbosa, Jr.
     220 Park Avenue
     P.O. Box 991
     Florham Park, New Jersey 07932-0991
     Telephone: (973) 539-1000
     Facsimile: (973) 540-7300
     fb@spsk.com
     *Attorneys for AHS Hospital Corp. and*
     *Atlantic Health Partners, L.L.C.*