| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 24-20154 / CMG

Gerald Mauriello

Petition Filed Date: 10/14/2024
341 Hearing Date: 11/14/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/18/2024 | $400.00 | | | | | | | |

**Total Receipts for the Period:  $400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Gerald Mauriello | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joan Sirkis Warren, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees<br>Hold Funds: Reserve | $2,946.00 | $0.00 | $2,946.00 |
| 1 | JPMORGAN CHASE BANK, N.A.<br>»»  2023 SUBARU OUTBACK | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | Unsecured Creditors | $1,169.22 | $0.00 | $0.00 |
| 3 | NEWLANE FINANCE CO | Unsecured Creditors | $10,698.17 | $0.00 | $0.00 |
| 4 | CITIBANK, N.A.<br>»»  COSTCO VISA BUSINESS CARD | Unsecured Creditors | $5,205.46 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  KOHLS | Unsecured Creditors | $85.10 | $0.00 | $0.00 |
| 6 | ODK CAPITAL, LLC | Unsecured Creditors | $15,632.80 | $0.00 | $0.00 |
| 7 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $6,801.36 | $0.00 | $0.00 |
| 8 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $475.11 | $0.00 | $0.00 |
| 9 | AMERICAN NEIGHBORHOOD MTG ACCEPTANCE<br>»»  P/2 QUENBY MOUNTAIN RD/1ST MTG | Mortgage Arrears | $3,828.93 | $0.00 | $0.00 |
| 10 | AHS HOSPITAL CORP | Unsecured Creditors | $39,319.00 | $0.00 | $0.00 |
| 11 | ATLANTIC HEALTH PARTNERS, LLC. | Unsecured Creditors | $112,076.27 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-20154 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $600.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $51.00 | Arrearages: | $0.00 |
| Funds on Hand: | $549.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!** Register today at **www.ndc.org** or scan this code to get started.

