Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  24−20154−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerald Mauriello
   dba NJ Foot and Ankle Restoration, Inc.
   2 Quenby Mountain Road
   Great Meadows, NJ 07838

Social Security No.:
   xxx−xx−0104

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/23/25.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 23, 2025
JAN: bwj

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 24-20154-CMG

Gerald Mauriello                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 3
Date Rcvd: Jul 23, 2025        Form ID: 148        Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald Mauriello, 2 Quenby Mountain Road, Great Meadows, NJ 07838-2206 |
| cr | | AHS Hospital Corp., 475 South Street, P.O. Box 1905, Morristown, NJ 07962-1905 |
| 520493872 | + | AHS Hospital Corp., 475 South Street, Morristown, NJ 07960-6459 |
| 520422378 | + | New Lane, 123 South Broad Street, Philadelphia, PA 19109-1029 |
| 520422381 | | Subaru Motors Finance, c/o Chase, PO Box 78076, Phoenix, AZ 85062-8076 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 23 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520422368 | | Email/PDF: bncnotices@becket-lee.com | Jul 23 2025 21:18:10 | American Express, PO Box 360001, Ft Lauderdale, FL 333360001 |
| 520463682 | | Email/PDF: bncnotices@becket-lee.com | Jul 23 2025 21:29:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520422369 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 23 2025 21:03:00 | Annie Mac Home Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520422370 | + | EDI: TSYS2 | Jul 24 2025 00:51:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 520422371 | + | EDI: CAPITALONE.COM | Jul 24 2025 00:51:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520422372 | + | EDI: JPMORGANCHASE | Jul 24 2025 00:51:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203-4774 |
| 520478580 | | EDI: CITICORP | Jul 24 2025 00:51:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520422373 | + | EDI: CITICORP | Jul 24 2025 00:51:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520422374 | + | EDI: CITICORP | Jul 24 2025 00:51:00 | Citicorp/Trac, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520422375 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 23 2025 21:03:00 | Dovenmuehle/annie Mac, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 520487827 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 23 2025 21:03:00 | American Neighborhood Mortgage Acceptance Company,, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520459660 | | EDI: JPMORGANCHASE | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: 148 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 24 2025 00:51:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 520422376 | + | EDI: CAPITALONE.COM | Jul 24 2025 00:51:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520422377 | + | EDI: MAXMSAIDV | Jul 24 2025 00:51:00 | Navient, Attn: Claims/Bankruptcy, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 520473552 | + | Email/Text: bankruptcy@newlanefinance.com | Jul 23 2025 21:03:00 | NewLane Finance Company, 123 S Broad Street, 17th Floor, Philadelphia, PA 19109-1032 |
| 520422379 | + | Email/Text: bkfilings@zwickerpc.com | Jul 23 2025 21:04:00 | ODK CAPITAL LLC, C/O ZWICKER & ASSOCIATES, 1020 LAUREL OAK RD STE 303, Voorhees, NJ 08043-3518 |
| 520484464 | + | Email/Text: bankruptcy@ondeck.com | Jul 23 2025 21:04:00 | ODK Capital, LLC, 4700 W. Daybreak Pkwy., Ste. 200, South Jordan, UT 84009-5133 |
| 520422380 | + | Email/Text: bankruptcy@ondeck.com | Jul 23 2025 21:04:00 | On Deck Capital, 901 N Stuart Street, Suite 700, Arlington, VA 22203-4129 |
| 520481004 | | EDI: PRA.COM | Jul 24 2025 00:51:00 | Portfolio Recovery Associates, LLC, c/o KOHLS, POB 41067, Norfolk, VA 23541 |
| 520486414 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2025 21:17:30 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520493918 | | Atlantic Health Partners, L.L.C. |
| 520422382 | | wife |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jul 23, 2025 | Form ID: 148 | Total Noticed: 27

Franklin Barbosa, Jr
    on behalf of Creditor AHS Hospital Corp. fb@spsk.com clm@spsk.com

Franklin Barbosa, Jr
    on behalf of Creditor Atlantic Health Partners L.L.C. fb@spsk.com, clm@spsk.com

Joan Sirkis Warren
    on behalf of Debtor Gerald Mauriello joan@joanlaverylaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6